State of Minnesota. March 22, 1907. Dismissed with costs, pursuant to the tenth rule. *Mr. Louis Marshall* and *Mr. Moritz Rosenthal* for plaintiff in error. No appearance for defendant in error.

No. 661. ABRAHAM RUEF, PLAINTIFF IN ERROR, *v.* THOMAS F. O'NEIL, SHERIFF, ETC. In error to the Superior Court of the City and County of San Francisco, State of California. March 25, 1907. Dismissed with costs, on motion of Mr. *A. B. Browne* for the plaintiff in error. *Mr. A. B. Browne* for plaintiff in error. *Mr. Frederic D. McKenney* and *Mr. Francis J. Heney* for defendant in error.

No. 166. CITY OF CHICAGO, APPELLANT, *v.* CHICAGO CITY RAILWAY COMPANY. Appeal from the Circuit Court of the United States for the Northern District of Illinois. April 8, 1907. Decree reversed with costs, on confession of error and consent of counsel, and cause remanded for further proceedings according to law, on motion of *Mr. John P. Wilson* for the appellee. *Mr. James Hamilton Lewis* and *Mr. Edgar Bronson Tolman* for appellant. *Mr. John P. Wilson* and *Mr. John J. Herrick* for appellee.

No. 421. LUIS BRAVO ET AL., ETC., APPELLANTS, *v.* EMILIO GOMEZ ET AL. Appeal from the District Court of the United States for the District of Porto Rico. April 8, 1907. Dismissed, per stipulation, on motion of *Mr. Frederic D. McKenney* for the appellees. *Mr. N. B. K. Pettingill* for appellants. *Mr. Frederic D. McKenney* for appellees.

No. 73. WILLIAM S. DEXTER ET AL., TRUSTEES, ETC., PLAINTIFFS IN ERROR, *v.* SALEM D. CHARLES ET AL., AS BOARD